FILED
APR 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR919-JM |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony); Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |
| MATTHEW AARON ZAZUETA, ) | |
| Defendant. ) | |

The United States Attorney charges:

Count 1

On or about February 27, 2008, within the Southern District of California, defendant MATTHEW AARON ZAZUETA, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 9.45 kilograms (20.79 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

CJB:kmm:San Diego
3/12/08

<u>Count 2</u>

On or about February 27, 2008, within the Southern District of California, defendant MATTHEW AARON ZAZUETA, did knowingly and intentionally import 50 grams or more, to wit: approximately 300 grams (.66 pounds) of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 4/3/08

KAREN P. HEWITT
United States Attorney

*signature*

CARLA J. BRESSLER
Assistant U.S. Attorney