AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| MATTHEW AARON ZAZUETA | CASE NUMBER: 08 CR 919 - JM |

I, __MATTHEW AARON ZAZUETA__, the above named defendant, who is accused of committing the following offenses:

Count 1:  Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony);

Count 2:  Importation of Methamphetamine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony);

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___3 April 08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER