LYNN H. BALL, ESQ.
Bar No. 056497
1560 Scott Street
San Diego, CA 92106-2333
(619) 225-1914
(619) 225-1720 - Fax

Attorney for Defendant Matthew Aaron Zazueta

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-00919-JM |
| | ) | |
| Plaintiff, | ) | **EX-PARTE MOTION FOR APPOINTMENT OF FORENSIC PSYCHOLOGIST** |
| vs. | ) | |
| | ) | |
| MATTHEW AARON ZAZUETA, | ) | |
| | ) | Department: Judge Miller |
| Defendant. | ) | |
| _____ | ) | |

NOW COMES LYNN H. BALL, attorney for Matthew Aaron Zazueta, and requests this court to appoint Meredith Friedman, Ph.D., Forensic Psychologist, to perform an examination of Matthew Aaron Zazueta.  This Motion is based upon the attached Declaration of Lynn H. Ball.

                                              Respectfully submitted,

                                              *s/Lynn H. Ball*

Date: May 2, 2008                  _____
                                              Lynn H. Ball
                                              Attorney for Matthew Aaron Zazueta
                                              E-mail: lhball@sbcglobal.net