LYNN H. BALL, ESQ.
Bar No. 056497
1560 Scott Street
San Diego, CA 92106-2333
(619) 225-1914
(619) 225-1720 - Fax

Attorney for Defendant Matthew Aaron Zazueta

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-000919-JM |
|---|---|---|
| Plaintiff, | ) | **DECLARATION OF LYNN H. BALL** |
| vs. | ) | |
| MATTHEW AARON ZAZUETA, | ) | |
| Defendant. | ) | Department: Judge Miller |

1. I AM LYNN H. BALL and I am the attorney for Matthew Aaron Zazueta.

2. Mr. Zazueta is charged with a serious drug trafficking crime and he has pled guilty to importing a large amount of cocaine and methamphetamine.

3. He is only nineteen years old and when I first met him, I thought that he had a psychological problem, but it was clear to me that he is competent in the sense that he was able to assist in his defense.

4. During the course of my representation, I had the opportunity to talk to several members of his family, including

his aunts, who assisted in raising Mr. Zazueta. One of the aunts told me that Matthew Zazueta was abused as a child because his mother was abusive, both physically and mentally, and that Child Protective Services supervised the children, including Mr. Zazueta, on many occasions. When Mr. Zazueta was eleven or twelve years old, he had a lot of difficulty in school and in fact, he had a habit of cutting himself with knives and poking himself with needles and knives to the extent that he would injure himself.

5. This aunt also indicated that on many occasions, he had suicidal ideations and that he had extremely low self-esteem and just prior to being arrested in the instant case, was "out of control" in terms of being depressed and seemed totally unable to deal with the stresses of ordinary life.

6. I have spoken with Meredith Friedman, Ph.D., who is an experienced Forensic Psychologist, and she has agreed to examine Mr. Zazueta and provide a report to the Court regarding his mental health.

7. The purpose of having a mental examination is to support a possible downward departure for Diminished Capacity pursuant to 5K2.13, but more importantly, to provide guidance to the Bureau of Prisons for appropriate placement while incarcerated, and also to provide information to the Probation Department for appropriate conditions of Supervised Release. The results of the mental examination will give the Court guidance regarding appropriate conditions of Supervised Release.

///

8. It is requested that Dr. Friedman be allowed to enter the CCA facility at Otay Mesa and that further, that the Otay Mesa facility, as well as the Metropolitan Correction Center, be ordered to turn over any medical records, including psychiatric records and records regarding medication being taken by Matthew Zazueta.

Sworn to under penalty of perjury of the laws of the State of California this 2nd day of May, 2008.

*s/Lynn H. Ball*

_____

Lynn H. Ball